1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                No.  2:15-mc-0022 TLN DAD

12                    Plaintiff,

13          v.                                 ORDER

14   GARRY BRADFORD,

15                    Defendant and Judgment
                      Debtor.
16

17

18          On March 16, 2015, plaintiff filed an application for a writ of garnishment.  (Dkt. No. 3.)

19   Accordingly, on March 20, 2015, the Clerk of the Court sent defendant and judgment debtor a

20   Notice and Instructions to Judgment Debtor re: Writ of Continuing Garnishment form, which

21   included a Claim for Exemption form and a Request for Hearing form.  (Dkt. No. 4.)

22          On April 9, 2015, defendant and judgment debtor filed his Claim for Exemption and

23   Request for Hearing forms.  (Dkt. No. 8.)  According to those forms, however, the defendant and

24   judgment debtor is currently incarcerated in Texas and is proceeding in this action pro se.

25   Accordingly, the parties will file responsive briefing and the matter will thereafter be submitted

26   on the papers.  See Local Rule 203(l).

27   /////

28   /////

                                         1

1     Accordingly**,** IT IS HEREBY ORDERED that:

2     1.  Plaintiff shall file a response to the April 8, 2015 filing (Dkt. No. 8) within 21 days of

3 the date of this order; and

4     2.  Defendant and judgment debtor shall file a reply within 14 days of being served with

5 plaintiff's response.

6 Dated:  May 28, 2015

7

8                DALE A. DROZD

9 DAD:6              UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\bradford0022.hrg.ord.docx

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2