UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-mc-0022 TLN DAD |
| Plaintiff, | |
| v. | ORDER |
| GARRY BRADFORD, | |
| Defendant and Judgment Debtor. | |

On March 16, 2015, plaintiff filed an application for a writ of garnishment.  (Dkt. No. 3.)  Accordingly, on March 20, 2015, the Clerk of the Court sent defendant and judgment debtor a Notice and Instructions to Judgment Debtor re: Writ of Continuing Garnishment form, which included a Claim for Exemption form and a Request for Hearing form.  (Dkt. No. 4.)

On April 9, 2015, defendant and judgment debtor, proceeding pro se, filed his Claim for Exemption and Request for Hearing forms.  (Dkt. No. 8.)  However, according to those forms, the defendant and judgment debtor was incarcerated in Texas at the time of their filing.  Accordingly, on May 29, 2015, the court ordered the parties to file responsive briefing so that this matter could be submitted on the papers.  (Dkt. No. 10.)

Plaintiff filed its brief on June 18, 2015.  (Dkt. No. 11.)  Defendant and judgement debtor, now proceeding through counsel, filed a responsive brief on July 2, 2015, (Dkt. No. 12), and an

1

amended responsive brief on July 8, 2015.  (Dkt. No. 13.)  In his amended responsive brief, defendant and judgement debtor renews his request for a hearing.  (Id. at 1.)  Good cause appearing, the court will grant defendant's request for a hearing.

Accordingly, IT IS HEREBY ORDERED that:

1. A hearing on plaintiff's application for writ of garnishment is set for **Friday, November 13, 2015, at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

2. All parties are required to appear at the hearing by counsel.[1]  Any party may appear at the hearing telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the hearing; a land line telephone number must be provided.

3. Defendant shall file and serve an opening brief on or before **October 23, 2015**. Plaintiff shall file and serve a response on or before **October 30, 2015**.  Defendant shall file and serve a reply on or before **November 6, 2015**.

4. The parties are cautioned that failure to file a brief or failure to appear at the hearing may result in an order imposing an appropriate sanction.  See Local Rules 110 and 183.

Dated: September 25, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.civil\bradford0022.set.hrg.ord.docx

---

[1] Defendant Garry Bradford need not personally appear at the November 13, 2015 hearing and the court will not issue a Writ of Habeas Corpus ad Testificandum for his appearance.